UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA J. BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | NO. 3:16-cv-5754-RSL<br><br>ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA<br><br>[PROPOSED] |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $6,088.69 and related expenses in the amount of $10.68, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00 be awarded to plaintiff.

DATED this __31st__ day of __May__, 20__17__.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING MOTION FOR**
**FOR ATTORNEY FEES AND COSTS**